Angel Chevez FLORES *a/k/a*
Andres Garcia Rivera *v.* STATE of Arkansas

CR 01-787                                    53 S.W.3d 518

Supreme Court of Arkansas
Opinion delivered September 6, 2001

---

[1] Act 1370 of 2001 provides that part-time public defenders may receive compensation from appellate courts.

*W. Gary Kennan*, for appellant.

No response.

PER CURIAM. Appellant Angel Chevez Flores, by and through his attorney, has filed a motion for rule on clerk. His attorney, W. Gary Kennan, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.